**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 14, 2019**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-01050-CR

---

## MARY  JANE  SITTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 2212338**

## MEMORANDUM  OPINION

Appellant was convicted of assault and timely filed a notice of appeal. Appellant also timely filed a motion for new trial, which the trial court granted by written order within seventy-five days after imposing sentence. Tex. R. App. P. 21.8(a).

Generally, we have jurisdiction to consider an appeal by a criminal defendant only after a final judgment of conviction. *See State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). Because the trial court granted appellant's motion for new trial, a final judgment of conviction no longer exists. *See* Tex. R. App. P. 21.9(b).

Appellant has filed a motion to dismiss the appeal. We grant the motion. The appeal is dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.

Do Not Publish — Tex. R. App. P. 47.2(b)